```
                                    ABC PROCESS SERVICE, INC.
                                    Attorney:
                                    COHEN, MILSTEIN, SELLERS & TOLL,
                                    P.L.L.C.
                                    Index No. 10 CV 8387
                                    Date Filed   /  /
                                    Office No. CMHT01270100
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WAYNE WILLETZ ON BEHALF OF HIMSELF AND OTHERS SIMILARLY
                                            (PLAINTIFF)
SITUATED
                         against
                                            (DEFENDANT)
JP MORGAN CHASE & CO., ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:


JOSHUA NAVARRETTE   being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 12      day of November      2010 at 3:30  PM , at

1 Chase Manhattan Plaza; New York, NY 10005
he served the annexed  SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, JURY
TRIAL DEMANDED  upon
JP MORGAN SECURITIES INC. in this action, by delivering to and leaving with said
MS. ANTOINETTE ANDRIANO, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex FEMALE, Color WHITE,  Hair BLACK, app.age 60 YRS, app.ht 5'4", app.wt
170 LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED

SWORN to before me this 17
day of November   2010

                                    _____
                                    JOSHUA NAVARRETTE
                                    License No.:   1232814    :bb
                                                        *CMHT01270100*

☐

       JAY BRODSKY
NOTARY PUBLIC, STATE OF NEW YORK
       NO. 31-4683271
  QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES FEB 2, 2011