UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

COMMODITY EXCHANGE, INC., SILVER FUTURES
AND OPTIONS TRADING LITIGATION

------------------------------------------------------------X

11 MD 2213 (RPP)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/11
```

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The following cases pending in the Southern District of New York and assigned to this Court are ordered consolidated to 11 MD 2213 as member cases.

- 10-cv-08343-RPP, Wolanyk v. JP Morgan Chase & Co. et al
- 10-cv-08353-RPP, Malamud v. JP Morgan Chase & Co. et al
- 10-cv-08356-RPP, White v. JP Morgan Chase & Co. et al
- 10-cv-08387-RPP, Willetz v. JP Morgan Chase & Co. et al
- 10-cv-08392-RPP, Clal Finance Mutual Fund Management, Ltd. et al v. JP Morgan Chase & Co. et al
- 10-cv-08461-RPP, Elliott et al v. JP Morgan Chase & Co. et al
- 10-cv-08479-RPP, Wagner v. JP Morgan Chase & Co. et al
- 10-cv-08548-RPP, Maher v. JP Morgan Chase & Co. et al
- 10-cv-08565-RPP, Silva v. JP Morgan Chase & Co. et al
- 10-cv-08569-RPP, Kosanovich v. JP Morgan Chase & Co. et al
- 10-cv-08578-RPP, Hougher v. JP Morgan Chase & Co. et al
- 10-cv-08591-RPP, Hurt v. JP Morgan Chase & Co. et al
- 10-cv-08616-RPP, Anderson et al v. JP Morgan Chase & Co. et al
- 10-cv-08617-RPP, AIS Futures Management, LLC et al v. JP Morgan Chase & Co. et al
- 10-cv-08724-RPP, Nicholson v. JP Morgan Chase & Co. et al
- 10-cv-08739-RPP, Crystal et al v. JP Morgan Chase & Co. et al
- 10-cv-08767-RPP, Kam et al v. JP Morgan Chase & Co. et al
- 10-cv-08817-RPP, Feldman et al v. JP Morgan Chase & Co. et al
- 10-cv-08871-RPP, Sandau v. JP Morgan Chase & Co. et al
- 10-cv-08884-RPP, Anderson v. JP Morgan Chase & Co. et al
- 10-cv-08960-RPP, Cohen et al v. JP Morgan Chase & Co. et al
- 10-cv-09136-RPP, Ralli v. JP Morgan Chase & Co. et al
- 10-cv-09179-RPP, Gamma Traders I, LLC v. JP Morgan Chase & Co. et al
- 10-cv-09376-RPP, Montgomery v. JP Morgan Chase & Co. et al
- 10-cv-09386-RPP, Berkson v. JP Morgan Chase & Co. et al
- 10-cv-09575-RPP, Antin et al v. JP Morgan Chase & Co. et al

IT IS SO ORDERED.

Dated: New York, New York
       February 25, 2011

                                              Robert P. Patterson, Jr.
                                                       U.S.D.J.