UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Willetz

               Plaintiff,

-against-

JPMorgan Chase & Co et al    Defendant.
-------------------------------------------------- X

10 CV 8387 (RPP)

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Seth R. Gassman

[X] Attorney

   [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: SG8116 ; My State Bar Number is: 4227294

   [ ] I am a Pro Hac Vice attorney

   [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

   From: Cohen Milstein Sellers & Toll, PLLC

   To: Labaton Sucharow LLP

   [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: 140 Broadway
              New York, NY 10005

[X] Telephone No.: 212-907-0873

[X] Fax No.: 212-818-0477

[X] E-Mail Address: sgassman@labaton.com

Dated: March 16th, 2011

_____
ATTORNEY'S SIGNATURE